**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM WALKER,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:20-2293** |
| **v.** | : | **(JUDGE MANNION)** |
| **DR. DAVID EDWARDS,** | : | |
| **Defendant** | : | |

### ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY**

**ORDERED THAT**:

1. The Defendant's motion to dismiss (Doc. 21) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 23, 2022**
20-2293-01-ORDER